Nov. Term, 1859.

PENCE
v.
ARMSTRONG.

---

PENCE *v.* ARMSTRONG.

APPEAL from the *Madison* Court of Common Pleas.

Wednesday, December 21.

*Per Curiam.*—Suit upon an award. Answer, setting up an offset.

*Armstrong* called *Pence* as a witness to prove his, *Armstrong's*, account. *Pence*, then, without being called upon to do so, proceeded to testify as to his own account in offset. *Armstrong* then offered himself as a witness to the whole case, and was thus admitted, over the objection of *Pence*. He should have testified to the new matter only, the offset. The point is settled by *Thompson* v. *Shaefer*, 9 Ind. R. 500, and *Draggoo* v. *Draggoo*, 10 *id.* 95.

Nov. Term,
1859.

The judgment is reversed with costs. Cause remanded, &c.

J. W. Sansberry, for the appellant.

J. Davis, for the appellee.

